```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 15512
    FLORENIA PIERCE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-3169


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/17/2008 and was not confirmed.

     The case was dismissed without confirmation 08/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                               PAID            PAID
--------------------------------------------------------------------------------

SANTANDER CONSUMER USA    SECURED VEHIC    2500.00                .00             .00
SULLIVAN URGENT AID CENT  UNSECURED        NOT FILED             .00             .00
MCI                       UNSECURED        NOT FILED             .00             .00
GLOBAL PAYMENTS CHECK SE  UNSECURED        NOT FILED             .00             .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED             .00             .00
NICOR GAS                 UNSECURED        NOT FILED             .00             .00
AMERICAN FAMILY           UNSECURED        NOT FILED             .00             .00
ICS PAYMENT & CORRESPOND  UNSECURED        NOT FILED             .00             .00
HSBC CARD SERVICES        UNSECURED        NOT FILED             .00             .00
FIRST DATA LEASING SOLUT  UNSECURED        NOT FILED             .00             .00
CITI CARDS                UNSECURED        NOT FILED             .00             .00
US DEPARTMENT OF EDUCATI  UNSECURED        NOT FILED             .00             .00
SANTANDER CONSUMER USA    UNSECURED        1657.75               .00             .00
PRO SE DEBTOR             DEBTOR ATTY          .00                               .00
TOM VAUGHN                TRUSTEE                                                .00
DEBTOR REFUND             REFUND                                                 .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                       --------------     --------------
TOTALS                     .00                    .00



               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 15512 FLORENIA PIERCE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                       /s/ Tom Vaughn

Dated: 11/19/08                _____
                                              TOM VAUGHN
                                              CHAPTER 13 TRUSTEE